IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

OMAR ANDERSON,                    §
        Petitioner,               §
VS.                               §    CIVIL ACTION NO.4:07-CV-269-Y
                                  §
NATHANIEL QUARTERMAN, Director,   §
T.D.C.J., Correctional            §
Institutions Div.,                §
        Respondent.               §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus
under 28 U.S.C. § 2254 of petitioner Omar Anderson, along with the
September 10, 2007, findings, conclusions, and recommendation of
the United States magistrate judge. The magistrate judge gave the
parties until October 1, 2007, to file written objections to the
findings, conclusions, and recommendation. As of the date of this
order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this
case and has reviewed for clear error the proposed findings,
conclusions, and recommendation of the United States magistrate
judge filed on September 10, 2007. The Court concludes that the
petition for writ of habeas corpus should be dismissed with
prejudice for the reasons stated in the magistrate judge's findings
and conclusions.

Therefore the findings, conclusions and recommendation of the
magistrate judge are ADOPTED.

Petitioner Omar Anderson's petition for writ of habeas corpus
is DISMISSED WITH PREJUDICE.

SIGNED October 12, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE